```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

COMPLETE NUTRITION HOLDINGS, INC.,  )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   NO.  3:14-cv-0558
                                    )
VIREO SYSTEMS, INC., et al.,        )   Magistrate Judge Brown
                                    )
        Defendants.                 )

## **O R D E R**

Presently pending before the Court are the Plaintiff's Motion to Stay (Docket Entry 28), and the parties' Joint Motion to Postpone the Initial Case Management Conference (Docket Entry 29). Both motions are **GRANTED.**

Accordingly, the Clerk is **DIRECTED** to administratively close this case until such time that the parties indicate they are ready to proceed with the matter.

It is so **ORDERED.**

                                    /s/ Joe B. Brown
                                    JOE B. BROWN
                                    United States Magistrate Judge